**FILED**

SEP 18 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff-Appellee, v. STEVEN ARTHUR MARTIS, AKA Steven A Martis, Defendant-Appellant. | No. 22-10056  D.C. No. 3:21-cr-08043-DJH-1 District of Arizona, Prescott  ORDER |

The appellant's unopposed motion (Docket Entry No. 38) for an extension of time in which to file the reply brief is granted. The optional reply brief is due October 31, 2023.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

OSA133